# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:14-cv-66

| | |
|---|---|
| MICHAEL STEVEN AUSTIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REXON INDUSTRIAL CORP., and )<br>POWER TOOLS SPECIALISTS, INC., )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court on Michael B. Pross' Application for Admission to Practice *Pro Hac Vice* of John K. Chapman. It appearing that John K. Chapman is a member in good standing with the Texas State Bar and will be appearing with Michael B. Pross, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Michael B. Pross' Application for Admission to Practice Pro Hac Vice (#7) of John K. Chapman is **GRANTED**, and that John K. Chapman is ADMITTED to practice, *pro hac vice*, before the

Bar of this court while associated with Michael B. Pross.

Signed: May 2, 2014

Dennis L. Howell
United States Magistrate Judge