IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-66

| MICHAEL STEVEN AUSTIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| REXON INDUSTRIAL CORP., and POWER TOOLS SPECIALISTS, INC., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on William M. Graham's Application for Admission to Practice *Pro Hac Vice* of Eric D. Pearson. It appearing that Eric D. Pearson is a member in good standing with the Texas State Bar and will be appearing with William M. Graham, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

IT IS, THEREFORE, ORDERED that William M. Graham's Application for Admission to Practice Pro Hac Vice (#11) of Eric D. Pearson is **GRANTED**, and that Eric D. Pearson is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with William M. Graham.

Signed: May 8, 2014

Dennis L. Howell
United States Magistrate Judge