# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14-cv-66

| | |
|---|---|
| MICHAEL STEVEN AUSTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| REXON INDUSTRIAL CORP., and ) | |
| POWER TOOLS SPECIALISTS, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Matthew K. Lilly's Application for Admission to Practice *Pro Hac Vice* of Richard Schuster. It appearing that Richard Schuster is a member in good standing with the Wisconsin State Bar and will be appearing with Matthew K. Lilly, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Matthew K. Lilly's Application for Admission to Practice Pro Hac Vice (#20) of Richard Schuster is **GRANTED**,

and that Richard Schuster is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Matthew K. Lilly.

Signed: December 22, 2014

Dennis L. Howell
United States Magistrate Judge