IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00066-MR-DLH

| | |
|---|---|
| MICHAEL STEVEN AUSTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | <u>O R D E R</u> |
| ) | |
| REXON INDUSTRIAL CORP. and ) | |
| POWER TOOL SPECIALISTS, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On April 6, 2015, the Defendants filed briefs in support of their Motion for Summary Judgment and their Motion to Exclude and/or Limit Plaintiff's Expert Testimony [Docs. 31, 33]. The Defendants' briefs, however, fail to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 10 at 5]. Accordingly, the Defendants' supporting briefs will be stricken.

**IT IS, THEREFORE, ORDERED** that the Defendants' Memorandum of Law in Support of Defendants' Motion to Exclude and/or Limit Plaintiff's Expert Testimony [Doc. 31] and the Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment [Doc. 33] are **STRICKEN**. The

Defendants may file briefs which comply with the requirements of this Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge