# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00066-MR-DLH

| | |
|---|---|
| MICHAEL STEVEN AUSTIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REXON INDUSTRIAL CORP. and )<br>POWER TOOLS SPECIALISTS, INC., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Objections to Videotaped Deposition Designations [Docs. 99, 102].

Upon review of the parties' designations and objections the Court determines that the evidence will be admitted as follows. Any objections that are sustained are for the reasons stated in the objection, unless otherwise stated herein.

**IT IS, THEREFORE, ORDERED** that the parties' objections are ruled upon as follows:

### Defendants' Objections

**I.** **April 21, 2009 Deposition of George Ku**

| Page/Line | Ruling |
|---|---|
| 55:9 to 55:21 | Sustained |
| 105:22-106:10 | Sustained |
| 144:5-145:5 | Sustained |

## II. July 13, 2010 Deposition of Anthony Borgatti

| Page/Line | Ruling |
|---|---|
| 58:24-60:7 | Overruled subject to Plaintiff presenting adequate foundation regarding his removal of blade guard |
| 66:8-66:17 | Sustained |
| 107:6-107:25 | Sustained |
| 108:13-109:3 | Sustained |
| 109:4-109:15 | Overruled subject to Plaintiff presenting adequate foundation regarding his removal of blade guard |
| 279:9-15 | Sustained (from "excuse me"). Speculation. |
| 279:25-280:7 | Sustained |
| 280:8-281:8 | Overruled subject to showing that statement constitutes admission of party opponent |
| 281:9-14 | Sustained |
| 281:15-282:24 | Overruled subject to showing that statement constitutes admission of party opponent |
| 283:14-285:6 | Overruled, if authenticated |

## III. Deposition of Bob James

| Page/Line | Ruling |
|---|---|
| 25:23-25:16 | Overruled |
| 40:10-40:14 | Overruled |
| 40:21-41:6 | Overruled |
| 42:16-42:22 | Overruled |
| 44:1-44:7 | Overruled |
| 45:1-45:24 | Overruled |
| B:174:18-B:175:12 | Sustained |
| B:182:25-B:184:9 | Sustained |
| B:184:10-184:21 | Overruled |
| 57:2-57:11 | Sustained |
| 57:12-16 | Overruled |
| 76:18-76-21 | Sustained |
| 98:18-99:19 | Sustained |
| 100:24-103:20 | Sustained |
| 108:15-109:4 | Sustained |
| 112:24-116:17 | Sustained |
| 154:14-158:2 | Sustained, except as to 155:24-156:6 |
| 160:1-161:10 | Sustained |

| | |
|---|---|
| 169:20-170:21 | Overruled subject to authentication |
| 170:22-171:9 | Overruled subject to admission of document referencing insurance |
| 174:6-174:17 | Sustained |
| 175:4-13 | Overruled subject to admission of document referencing insurance |
| 175:15-176:3 | Sustained |
| 176:4-14 | Overruled |
| 176:16-22 | Sustained |
| 198:25-201:13 | Sustained. Speculation and 403. |
| B218:18-B:219:18 | Sustained |
| B219:19-21 | Overruled |

**Plaintiff's Objections**

**I.   June 24, 2014 Deposition of Bob James**

| **Page/Line** | **Ruling** |
|---|---|
| 96:25-97:10 | Sustained |

The parties shall edit the videotaped depositions of these witnesses accordingly.

As to any portions of the depositions allowed (objection overruled) herein that pertain to a document, such ruling is dependent upon the

admissibility and admission of the document. No copies of such document(s) were provided to the Court by the parties, so no ruling thereon is made in this order. If such document(s) are not admitted, then the portions of the depositions related thereto must be edited out or otherwise deleted.

**IT IS SO ORDERED.**

Signed: August 28, 2015

Martin Reidinger
United States District Judge