IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00066-MR-DLH

| | |
|---|---|
| **MICHAEL STEVEN AUSTIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **REXON INDUSTRIAL CORP.** and ) | |
| **POWER TOOL SPECIALISTS, INC.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Bring Materials into Courtroom [Doc. 119].

For the reasons stated in the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 119] is **GRANTED**, and the parties may bring table saws, as well as table saw blades and pieces of lumber, into the courtroom during the trial of this matter. The parties shall contact the appropriate Court personnel to make the arrangements necessary to bring such materials into the courthouse.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge