# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00066-MR-DLH

| | |
|---|---|
| MICHAEL AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| REXON INDUSTRIAL CORP. and | ) |
| POWER TOOL SPECIALISTS, INC., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## J U D G M E N T

**THIS MATTER** came on for trial and was heard by the undersigned judge, and a jury was duly empaneled and has answered the issues presented as follows:

1. Did the Defendants Rexon Industrial Corp. and/or Power Tool Specialists, Inc. act negligently in designing the Table Saw, proximately causing the Plaintiff's injury?

    ANSWER: As to Rexon Industrial Corp. – NO

    As to Power Tool Specialists, Inc. – NO

2. Did the Plaintiff, by his own negligence, contribute to his injury?

    ANSWER: N/A

3. Was the Plaintiff's injury proximately caused by a "necessary inherent characteristic" of the Table Saw?

ANSWER: N/A

4. What amount of damages, if any, is the Plaintiff entitled to recover as a direct result of the actions of the Defendants?

ANSWER: N/A

Based on the foregoing facts as found by the jury, the Court concludes as a matter of law that the Defendants Rexon Industrial Corp. and Power Tool Specialists, Inc. are not liable for the injuries of the Plaintiff.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall recover nothing from the Defendants in the form of damages.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that this action is hereby **DISMISSED WITH PREJUDICE** in its entirety, and the Defendants shall recover their costs of the action from the Plaintiff.

Signed: September 26, 2015

Martin Reidinger
United States District Judge